1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**BILLINGS DIVISION**

| | |
|---|---|
| BRENDA LEE HELD Trust, | **ORIGINAL EQUITY JURISDICTION** |
| Held, Brenda, | GODS law; article III, § 2, subdivision 1, of |
| Citizen Claimant(s) | the constitution for the united states of |
| | america, |
| | **Sealed, Exparte** |
| vs. | |
| | **CAUSE NO.: _____** |
| STATE OF MONTANA, GREG | **REDRESS OF GRIEVANCES** |
| GIANFORTE, AUSTIN KNUDSEN, | **1ˢᵗ AMENDMENT** |
| MONTANA DEPARTMENT OF | |
| MOTOR VEHICLE, LAURIE | **DEPRIVATION OF** |
| BAKRI, CITY OF GLENDIVE, | **CONSTITUTIONAL RIGHTS** |
| TERESA OLSON, KERRY | |
| BURMAN, SCOTT HERRING, | **CONSPIRACY TO DEPRIVE** |
| HERRING LAW OFFICE, P.C., | **CONSTITUTIONAL RIGHTS** |
| GLENDIVE POLICE | |
| DEPARTMENT, WILLIAM | **FAILURE TO PROTECT FROM** |
| KLUNDER, STEVEN FEAGLER, 3 | **CONSPIRACY TO DEPRIVE** |
| UNKNOWN NAMED OFFICERS, | **CONSTITUTIONAL RIGHTS** |
| AND UNKNOWN EMPLOYEES | |
| Defendant(s) | **TRESPASS ON TRUST** |
| | |
| | **TRIAL BY JURY DEMANDED** |

*"Lord, Heavenly Father I faithfully pray, please forgive those who have trespassed against us, my trespasses and forgive all our sins for your son paid for all our sins and guide me through troubled waters so I am rest on the land peacefully amongst all your children empowered by your words.  Hear my prayer."* Amen.

*"When parties are disabled, equity will act for them."*

## I.  OVERVIEW.

1.1 **NOW COMES** Claimant Held, Brenda, a living soul, child of GOD Almighty, herein referenced as "**Brenda**" in special visit and special appearance to prevent further harm and damage, brings forth this 1st Amendment Right to Redress Grievances to this Article III Section 2 Subdivision 1 court of equity adjudicated by an Article III Section 2 Subdivision 1 chancellor who has the authority to adjudicate trust and constitutional issues and prays for equitable relief in all matters herein. Brenda is legally disabled.

*"Trust in the Lord with all thine heart; and lean not unto thine own understanding. In all thy ways acknowledge him, and he shall direct thy paths"*[1]

1.2 At all times relevant herein, the Defendants, all Public officials, and their agents, successors and assigns acting under color of State law, outside their jurisdiction and scope of authority, knowingly and willfully caused Claimants

---

[1] Proverbs 3:5, 6

ORIGINAL EQUITY JURISDICTION - EQUITY CAUSE          PAGE 2 OF 23

damage including but not limited to deprivation of rights, lack of civilian due process, no equal protection of the law, lack of protection of rights, malicious prosecution, extortion of property, physical illness, loss of wages, undue burden, undue stress, and mental injury.  Public officials named hereinafter violated clearly established law as those laws apply to Claimants rights protected under GOD's Law, the Bill of Rights particularly Amendments 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and pertinent to the 14th Amendment to the Constitution of the united states of America hereinafter referenced as "**Constitution**".

1.3 Be it known, each of the Public officials herein have sworn an Oath to uphold the Constitution and an Oath of Office in regards to their duties, and therefore, each of their acts under "Color of State Law," equates to criminal conspiracy, working in concert, while in non-compliance, gross misrepresentation and deceptive trade practices by unlawfully receiving an income derived, directly or indirectly, from a pattern of unlawful activity and other violations.

1.4 At all times relevant herein and under the "Color of State Law," Defendants are willfully, knowingly, intentionally, and irrefutably mis-enforcing the statutes while acting in commerce to collect revenue under false and misleading pretenses while claiming to represent the State of Montana.

1.5 At all times relevant herein and under the "Color of State Law," Defendants are willfully, knowingly, intentionally, and irrefutably committing

trespass against the BRENDA LEE HELD TRUST, removed trust property without permission and are in possession of stolen trust property.

1.6  At all times relevant herein and under the "Color of State Law," Defendants are willfully, knowingly, intentionally, and irrefutably violating Claimant's unalienable, God given rights, Constitutionally protected Rights.

1.7 At all times Claimant verbally noticed or in written documents that Claimant does not consent to contract.

1.8 Any and all documents introduced within this cause are incorporated in its entirety by reference in each section of this cause.

1.9 All sections of this cause are incorporated by reference in its entirety for all other sections of this cause.

1.10 Claimant reserves any and all rights and remedies nunc pro tunc, abinitio including the right to redress any and all court documents at any time.

## II.  INTRODUCTION.

2.1 The cause before this court involves two traffic incidences where the Glendive Police Officer(s) forced four "citations" per incident under the color of law upon Brenda. The Claimant was forced under threat and duress to take part in the ensuing kangaroo court proceedings and various interactions with Montana Department of Motor Vehicles, Montana Attorney General and Governor.

2.2  As a result of the aforementioned incidences, Brenda has become aware that either 1) The State of Montana has erroneously converted a Right to travel

into a Privilege, or 2) State of Montana traffic statutes is being mis-administered by State agents and officer or 3) Without knowledge or consent, and under the Color of Law, Brenda has been an employee of the Montana Department of Motor Vehicles or the State of Montana without just compensation since 1998 upon issuance of first Montana Drivers License.

2.3 The undeniable proof is found in the statues.  This cause is grounded on documentation in the attached Washington RICO violation case filed in 2006, infra.

2.4 Claimants have joined the Washington RICO case with related Montana statutes.

2.5 The Claimant will summarize the numerous Constitutionally protected rights violations resulting from the unethical, unlawful, egregious actions of official oppression of public officials and personal capacity actions and address resulting undue personal harm and damage afflicted on the Claimant.

### III JURISDICTION.

3.1 Claimant comes before this Court with clean hands and good faith, to file this redress of grievances within the ***Original Equity Jurisdiction*** due to the diversity of issues and ancillary complexity.   Only equity jurisdiction can adjudicate over the complexity of issues in this cause including but not limited to: trespasses upon a child of GOD, private trust matters, constitutional issues, jurisdictional authority, and statutory misenforcement.

*"Equity delights to do justice and not by halves."*

***Equity will take jurisdiction to avoid a multiplicity of suits***
***Equity follows the law***
***Equity will not allow a statute to be used as a cloak for fraud***

3.2 The Claimant brings this action under (1) GODS law, (2) Constitution and right to redress grievances, (3) All Equity Maxims, (4) Equity Trust Law, (5) Foreign statutes, and invokes the jurisdiction of the court pursuant to **Article III Section 2 Subdivision 1 adjudicated under the authority of an Article III Section 2 Subdivision 1 chancellor** and pertinent to the 1st, 4th, 5th, 6th, 7th, 8th, 9th. 10th and 14th Amendment to the Constitution of the united states of America of 1789.

3.3 Claimant seeks equitable relief and remedy as is proper through GOD's law, all equity maxims, and what is fair, just and right.

## IV. VENUE.

4.1 Venue is proper in this Court and is an appropriate venue in that only a court that has authority to adjudge an Article III Section II Subsection I Constitutional cause involving a living soul; child of GOD and a substantial part of the events or omissions giving rise to the cause occurred near Glendive Montana.

## V. PARTIES

a) Claimant BRENDA LEE HELD TRUST, private trust, address PO BOX 1074 Glendive MT 59330

b) Claimant Brenda Held lives in body and on the land in the Montana Republic, a beneficiary of BRENDA LEE HELD TRUST.  Beneficiary mail received through trust address stated above.

c) Defendant STATE OF MONTANA, a state government.  Entity liability.

d) Defendant CITY OF GLENDIVE, plaintiff in kangaroo court, hereinafter referenced as "**CITY**".  Entity liability.

e) Defendant TERESA OLSON hereinafter reference as "**MAYOR**" for the CITY.  Supervisory Capacity and Official Capacity Liability

f) Defendant GLENDIVE POLICE DEPARTMENT hereinafter referenced as "**GPD**". Entity liability.

g) Defendant WILLIAM KLUNDER, agents successors and assigns, hereinafter reference as "**CHIEF**" of GPD.  Individual Capacity and Official Capacity Liability.

h) Defendant [Judge] KERRY BURMAN hereinafter referenced as "**BURMAN**". Individual Capacity and Official Capacity Liability.

i) Defendant SCOTT HERRING hereinafter referenced as "**HERRING**". CITY attorney for lower court case.  Individual Capacity and Official Capacity Liability

j) Defendant STEVEN FEAGLER Badge # GP9 hereinafter referenced as "**FEAGLER**", arresting officer for both incidences. Individual Capacity and Official Capacity Liability

k) Defendant unknown name SARGENT ON DUTY hereinafter referenced as **"SARGENT"** superior law enforcement officer on duty at the time of March 9, 2022 incident. Individual Capacity and Official Capacity Liability

l) Defendant Two unknown named officers hereinafter reference as "**UNKNOWN OFFICERS**" law enforcement officer(s) employed by the CITY. March 9, 2022 incident.  Individual Capacity and Official Capacity Liability

m) Defendant other unknown STATE, GPD and CITY employees hereinafter referenced as "**UNKNOWN EMPLOYEES**" attached to this cause employed by the entities involved in this case. Individual capacity and Official Capacity Liability

n) Defendant HERRING LAW FIRM, LLC law firm, herein after "**LAW FIRM**" is a private law firm hired by CITY Defendant HERRING is an employee of this LAW FIRM.  Entity liability.

o) Defendant STATE OF MONTANA GOVERNOR GREG GIANFORTE, agents, successors and assigns hereinafter referenced as "**GOV**". Individual capacity, Supervisory Capacity and Official Capacity Liability

p) Defendant State of MONTANA ATTORNEY GENERAL AUSTIN KNUDSEN hereinafter referenced as "**AG**". Individual capacity, Supervisory Capacity and Official Capacity Liability

q) Defendant STATE OF MONTANA DEPARTMENT OF MOTOR VEHICLES hereinafter referenced as "**DMV**" Entity liability.

r) Defendant LAURIE BAKRI hereinafter referenced as "**BAKRI**", Administrator of DMV. Individual capacity, Supervisory Capacity and Official Capacity Liability

## VI. STATEMENT OF FACTS

6.1 in the interest of reducing paperwork and unnecessary repetitive reading, Claimant wishes to direct this court to the following documents as a basis for relevant information, acts and omission. All documents incorporated hereinafter and reference in their entirety in all sections of this cause:

1. **EXHIBIT G**, Original RICO complaint filed by State of Washington petitioner in 2006 and corresponding attachments.
2. **EXHIBIT F**, Claimant's joinder documentation to join EXHIBIT G RICO case.
3. **EXHIBIT E** Un-Adjudicated Motion to Dismiss sent to BURMAN and HERRING and pertains to the misenforcement of Montana statutes per EXHIBIT G RICO case. Unopposed EXHIBIT attached to Motion to Dismiss include:
   a. **EXHIBIT A**, Copies of eight bills of attainders for both incidences described herein.
   b. **EXHIBIT B**, AFFIDAVIT OF FACTS – FEBRUARY 28, 2022 INCIDENT
   c. **EXHIBIT C**, AFFIDAVIT OF FACTS – MARCH 9, 2022 INCIDENT
   d. **EXHIBIT D**, AFFIDAVIT OF FACTS – DOCUMENTATION

4. **EXHIBIT H** Certificate of service and tracking history for Claimant's joinder documents served to U.S. Department of Justice and Homeland Security office.
5. **EXHIBIT I,** AFFIDAVIT OF FACTS – RECENT EVENTS
6. **EXHIBT J,** Un-Adjudicated MOTION TO DISMISS
Suggested read ordered of Exhibits:  A-D, E, G, F, H, I, J.  All exhibits have been filed in the case or sent as notice to government officials, entities.

6.2 Exhibit F&G; Washington RICO case is centered on a case based on statutes and codes, defining what is included/excluded in the language of the law per Congressional intent.  Concluding the State is mis-enforcing the current state statutes relating to private travelers on the public roadway.  Claimant has joined the case with additions of similar Montana statutes.   For clarity purposes, additional count violations numbers and EXHIBITS will append from Washington RICO complaint.

6.3 Defendants do not have jurisdiction and without probable cause to

A. unlawfully stop Claimant,
B. use emergency lights without an emergency,
C. falsely place Claimant under custodial arrest with no probable cause,
D. demand documentation,
E. interrogate Claimant with no probable cause and without a warrant or lawyer,
F. force contracts without consent and under duress,
G. force bills of attainders upon Claimant under false and misleading pretenses,
H. remove trust property without consent,
I. use intimidation and threats tactics via armed law enforcement officers,
J. falsify state documents and present misleading information to court officials,
K. presume Claiming is guilty of any and all charges,

L. using false or misleading documentation to enforce MCA without authority,

M. any other acts under the color of law.

6.4  Public officials without jurisdiction and authority can only make citizen arrests.  Defendants lack standing in this case to make citizens arrest.  Therefore, Defendants are impersonating a government official, are operating outside of their scope of authority, have no jurisdiction for acts performed under the color of law and are not providing honest goods and services to the general public.

6.5  Defendants have either

A. used routine procedures and practices to allege violations under color of law.

    a. Cases are denied due process by not processing citations in administrative hearings,

    b. Cases are adjudicated in corporation court under the guise of a governmental entity

    c. Cases are processed under civil procedures under the color of law since the citations are misdemeanors which is criminal,

    d. Disregard motions submitted for adjudication

    e. Fail to protect rights of Claimants

    f. Deny equal protection of the law

B. have under the color of law, converted a constitutionally protected right into a privileged, licensed it, assessed fees for it and are falsely enforcing these statutes, or

C. have converted the drivers license into an undisclosed employment contract to guise Brenda under the corporate policies and procedures without just compensation.

6.6 Defendants have misrepresented and mislead Brenda throughout the court process and under color of law and have

A. denied equal protection of the law,

B. denied of civilian due process,

C.  denied procedural due process,
D.  denied substantive due process,
E.  branded Brenda as a "Sovereign Person",
F.  denied her access to trust property,
G.  denied her life, liberty and pursuit of happiness
H.  denied nature and cause of case
I.  denied full discovery
J.  denied right to face her accusers
K.  and other violations under the color of law

6.7  Claimant believes she has adequately performed all possible administrative remedies that she is aware of prior to filing this cause of action in this court.  Partial summary of notices/remedies:

1.  From 2020 to present, Claimant has performed her equitable due diligence to give several notices to various Federal and State of Montana governmental departments of discrepancies in identity and "status" within various systems thereby rebutting legal presumptions, right to travel, and notice of actions prior to taking actions to correct the errors.  All notices are unopposed and stands as fact.
2.  Claimant informed the CITY court that they are denying her civilian due process and equal protection under the law on multiple occasions.
3.  Claimant performed her due diligence to move CITY case to the correct venue and request an administrative hearing.
4.  Claimant had equitably offered an unopposed motion[2] submitted to HERRING and BURMAN multiple times for redress who has failed to address and is still unopposed and unadjudicated.
5.  Claimant has served and completed a successful administrative 2';
6.  Claimant has noticed BURMAN and HERRING numerous times and in numerous ways that the court does not have jurisdiction.  No answer or remedy has been provided.

_____

[2] Referenced in attached Exhibits ad MOTION #1

ORIGINAL EQUITY JURISDICTION - EQUITY CAUSE                    PAGE 11 OF 23

7. Claimant has noticed BURMAN and HERRING numerous times that Claimant has not received requested discovery.

8. BURMAN and HERRING have repeatedly violated civilian due process, equal protection, violating their oaths and forcing this case under the color of law.

9. Claimant believes that she has given BURMAN and HERRING many opportunities to correct the unresolved issues.

10. Claimant believes she has exhausted her administrative remedies

11. Claimant believes she has no recourse or remedy at the lower courts and must seek remedy in this court of equity.

*"Lord, Heavenly Father I faithfully pray again, please forgive those who have trespassed against us, my trespasses and forgive all our sins for your son paid for all our sins and guide me through troubled waters so I am rest on the land peacefully amongst all your children empowered by your words.*

*Hear my prayer." Amen.*

## VII. CLAIMS.

7.1 The Claimant has no plain, adequate or complete remedy at law to redress the wrongs described herein.  Claimant has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the equitable remedies and relief which Claimant seeks.

7.2 The following counts are appended to EXHIBIT G: Original Washington RICO case.  Public officials, employees, successor, assigns and agents who deprived Claimant of her rights secured to her by GOD and the Constitution of the united States of America including the right to use the public

ORIGINAL EQUITY JURISDICTION - EQUITY CAUSE          PAGE 12 OF 23

right of ways, but not limited to her 1st amendment right to freedom of

expression and redress of grievances, which was denied by public officials when

they denied civilian due process of law operating outside the scope of

jurisdiction and scope of authority and acting under the color of State law for

each count as follows:

## COUNT XVI: Right of use and Expression and redress of grievances

Falsely created an illusion of emergency, took control and possession of Claimant and seized property without redress of grievance operating outside the scope of jurisdiction and scope of authority. FEAGLER falsified state issued documents by filling out each [8] bill of attainder with information that FEAGLER did not receive from Claimant and was not verified. FEAGLER used a personal unsecured cellphone to retrieve information from dispatcher, which was received from an unverified source; fabrication of evidence, misenforcement of MCA traffic statutes. Multiple counts violating the following: 1st , 4th, 5th, 6th,  9th and 14th Amendment, 42 § USC 1981, 1983, 1985, 1986, 18 USC § 4, 152, 241, 242, 872, 1001(1), 1341, 1346, 1509, 1584, 1621, 1651, 1951, 1918, 1957, 1962, 2381, 2382, 2382, 2384, 3571, 5109, 28 USC §1367(a), 1343(a)(3), 3002, 5 USC § 7331, 551, 31 USC 3729, HOBBS Act, Patriot Act, feasance in office, and Montana Constitutional Rights Protection Act – Official Oppression Privacy Act, 8th, 9th and 10th Commandments of GOD

## COUNT XVII: Right of use and Expression and redress of grievances

Not providing discovery, not enforcing request for discovery, not adjudicate motions, malicious prosecution, no probable cause for case, no jurisdiction to prosecute case, abuse of civilian due process of law, wrongful prosecution, ruining reputation of Claimant, harassing Claimant, prosecution of case when there is no controversy, false arrests, falsifying evidence, fraud upon the court, obstruction of MCA statutes, oath of office violations, make or use any false writings of documents or materials to conspire against private citizen, not reporting

ORIGINAL EQUITY JURISDICTION - EQUITY CAUSE             PAGE 13 OF 23

deprivation of rights, not protecting Claimants rights, misenforcement of MCA traffic statutes, prosecutor acting as a witness. Multiple counts violating the following: 1st, 4th, 5th, 6th, 8th, 9th, 13th and 14th Amendment, 42 USC § 1981, 1983, 1985, 1986, 18 USC § 4, 152, 241, 242, 872, 876(d), 1001(1), 1341, 1346, 1509, 1584, 1621 , 1651, 1918, 1951, 1957, 1962, 2381, 2382, 2382, 2384,3571, 5109, 28 USC §1367(a), 1343(a)(3), 3002, 5 USC § 7331, 551, 31 USC 3729, HOBBS Act, Patriot Act, Civil Rights Act of 1964, malfeasance in office, and Montana Constitutional Rights Protection Act – Official Oppression, 8th, 9th and 10th Commandments of GOD

## COUNT XVIII: Right to be free from search seizure and detainment

To taking control and possession of Claimant  and seized property without redress of grievance operating outside the scope of jurisdiction and scope of authority, oppress her right to be free from unlawful search, seizure, detention of her person, secure in her conveyance, papers, and effects from unreasonable searches, terrorized and unprovoked attacks, absent a Fourth Amendment Warrant signed by a judge, and absent an Affidavit of Complaint signed under penalty of perjury by a competent witness or injured party; by the above Defendants acting under the color of State law held Claimant  against her will, over her objection, without her consent and deprived her of her conveyance without the authority to do so. Claimant was under unwarranted custodial arrest during February incident, during March incident by all four officers involved, during initial summons hearing and during omnibus hearing.  There is no injured party/ corpus delicti statement under penalty of perjury.  Theft of trust property by armed officers. Each bill of attainder is a violation of the Fourth (4th) Amendment, misenforcement of MCA traffic statutes.  Multiple counts violating the following: 1st, 4th, 5th, 6th,  9th and 14th Amendment, 42 § USC 19811983, 1985, 1986, 18 USC § 4, 152, 241, 242, 872, 1001(1), 1341, 1584, 1621, 1651, 2381, 2382, 2382, 2384, HOBBS ACT, Patriot Act ,1951, 1962, 3571, 5109, 28 USC §1367(a), 1343(a)(3), 5 USC § 7331, 551, feasance in office,  and Montana Constitutional Rights Protection Act – Official Oppression Privacy, 8th, 9th and 10th Commandments of GOD

## COUNT XIX: Deprivation of life liberty or property

Not to be subject to or answer to a crime absent an indictment from a Grand Jury, nor be deprived of life, liberty, or property, without civilian due process of law, nor shall Claimant's  private property be taken without just compensation, misenforcement of MCA traffic statutes.

Claimant is denied equal protection of the law, and her right to be free from terror and fear of unjustified arrest, searches and seizure by the above Defendants acting under the color of State law without the authority to do so.

1. Theft of trust property by armed officers on side of road
2. Deprivation of right to use trust conveyance by all public officials' multiple counts,
3. Deprivation of civilian due process multiple counts by all public officials,
4. Denied equal protection by all public officers;

Terrorizing Claimant by threats of arrest and denying procedural civilian due process rights and equal protection of the law.  Multiple violations of Fifth (5th) Amendment, and Fourteenth (14th) Amendment, Multiple counts violating the following: 1st , 4th, 5th, 6th,  9th and 14th Amendment, 42 § USC 1981, 1983, 1985, 1986, 18 USC § 4, 152, 241, 242**,** 872**,** 1001(1), 1341**,** 1584**,** 1621 ,1951**,** 1962**,** 2381, 2382, 2382, 2384,3571**,** 5109, 28 USC §1367(a), 1343(a)(3), 5 USC § 7331, 551 and Montana Constitutional Rights Protection Act – Official Oppression Privacy, 8th, 9th and 10th Commandments of GOD

## COUNT XX: Right of use and Expression and redress of grievances

Sixth (6th) Amendment right to be informed of the nature and cause of the charges against Claimant, right to face witness against her when a crime has been committed. Claimant did not commit a crime, on, prior to, during, or after each of the incidences and no apparent emergency or dangerous situations were noted by any officers reports when Claimant was stopped and forced Claimant to waive rights to speedy trial violations, misenforcement of MCA traffic statutes. Multiple counts violating the following: 1st , 4th, 5th, 6th,  9th and 14th Amendment, 42 § USC 1981, 1983, 1985, 1986, 18 USC § 4, 152, 241, 242**,** 872**,** 1001(1), 1341**,** 1584**,** 1621 ,1951**,** 1962**,** 2381, 2382, 2382, 2384,3571**,** 5109, 28 USC §1367(a), 1343(a)(3), 5 USC § 7331, 551, feasance in office,  and Montana Constitutional

Rights Protection Act – Official Oppression Privacy, 8th, 9th and 10th Commandments of GOD

### **COUNT XXI: Deprivation of rights to freely use private property**

Right to be free from unlawful search, seizure, detention of her person, by secure in her conveyance, papers, and effects from unreasonable searches, terrorized and unprovoked attacks when armed officers threatened and oppressed Claimant's right to the enjoyment of Trust conveyance. In fear of further oppression and theft of the private non-passenger automobile, the trust asset has been parked and not used since March 9, 2022 incident which has cause extreme stress, anxiety, undue burden and hardship upon Claimant and her family. Notice of Fee schedule sent include daily fee for deprivation of right to use private non-passenger automobile, misenforcement of MCA traffic statutes. Notice to One is Notice to All. Multiple counts violating the following: 1st , 4th, 5th, 6th, 9th and 14th Amendment, 42 § USC 1981, 1983, 1985, 1986, 18 USC § 4, 152, 241, 242, 872, 1001(1), 1341, 1584, 1621, 1651, 1651 ,1951, 1962, 2381, 2382, 2382, 2384,3571, 5109, 28 USC §1367(a), 1343(a)(3), 5 USC § 7331, 551, feasance in office, and Montana Constitutional Rights Protection Act – Official Oppression Privacy, 8th, 9th and 10th Commandments of GOD

### **COUNT XXII: Failure to prevent a deprivation**

All public officials in this cause are schooled in law and hold jobs pertaining to the enforcement of those laws. Each of these officials willfully acts beyond the bounds of such authority, thereby they allegedly represent law enforcement yet use their power in that role to deprive others of their constitutional protected rights. All parties to this cause did not report any of the violations and misconduct of the other parties in this cause and all officials failed to protect Claimant from undue harm and constitutional violations inflicted by other public officials. All counts in this cause fall under this count. Each public office has numerous counts of violating the following: of 42 USC § 1983, 1985, 1986, 18 USC § 241, feasance in office,18 USC § 242, 2381, 2382, 2382, 2384, Montana Constitutional Rights Protection Act – Official Oppression Privacy , Fifth (5th) Amendment and Fourteenth (14th) Amendment, 8th, 9th and 10th Commandments of GOD

## COUNT XXIII: Converting a Right into a Privilege

The State of Montana erroneously convert a right into a privilege. A "Right" cannot be converted into a "Privilege"; "Licensed", and as a result have "Fees" attached to it. The RICO joinder documentation show that motor vehicle codes are a "privilege" not a "right". Traveling in a non-passenger automobile is a right. Therefore, the motor vehicle codes do not pertain to a private non-passenger automobile and a private traveler, misenforcement of MCA traffic statutes. Multiple counts violating the following: 1st , 4th, 5th, 6th,  9th and 14th Amendment, 42 § USC 1983, 1985, 1986, 18 USC § 4, 152, 241, 242**,** 872**,** 1001(1), 1341**,** 1584**,** 1621 ,1951**,** 1962**,** 2381, 2382, 2382, 2384, 3571**,** 5109, 28 USC §1367(a), 1343(a)(3), 5 USC § 7331, 551 and Montana Constitutional Rights Protection Act – Official Oppression Privacy, 8th, 9th and 10th Commandments of GOD

## COUNT XIV: Oath violations

All public officials, or any other Judicial Officer / Administrative Officer, Attorney / Esquire, Law Enforcement Officer or any other party holding a public office in this cause

1. Owing allegiance to the United States and the United States Constitution, did willfully and knowingly give aid and comfort to those defendants whose acts are subversive to the United States and as such are destroying our churches, our children, our homes, our schools, our business, our contracts, our money system, and our Government. Said acts defined in the United States Constitution Article III section 3

2. Having taken an oath to support and defend the United States and the United States Constitution, did willfully and knowingly violate said oath by violating the Constitutional Protected Rights of Sovereign American Citizens by not upholding Claimant's Bill of Rights which is violation under USC Title 18 section 241 and 242

Of trust having taken an oath to support and defend the United States Constitution, and the statutes of the United States and of this State and violates or overrules Congressional Enactments or any Judicial Procedure Manual created by

Congress or the American Bar Association as Court Procedure and the Rules of Court or overrules any Higher Court decision to deny equal protection under 42 USC 1981 and the 14th amendment with the intent to deny fairness and court integrity by violating 18 USC 1581 Peonage; obstructing enforcement or means of Obstruction of Justice of the Law and making law from that position by violating 28 USC 454 & 455 and the Bill of Rights of American Citizens by not upholding Claimant 's Constitutional Protected Rights which is a felony are guilty of USC Title 18 section 1918, 8th, 9th and 10th Commandments of GOD

### COUNT XV: Damage and Injury

Claimants' damages and injuries have been extensive through this entire ordeal.  The extreme amount of mental and emotional anguish Claimant has to endure is massive.  Claimant is not schooled in law and those that are know researching the law is no easy task.  The length of this case, the harassment of officials, and the research for this case has consumed every aspect of my life and has had an enormous negative impact on my life as well as loved ones.  To say the least, Claimant has lost countless days researching and as a result lost work hours and wages, family time, leisure time with friends, lost friendships, suffered from sleepless nights due to undue stress and anxiety, lost a unhealthy amount of weight in a short period of time, health issues and illness due to extreme stress, loss of property use causing undue burden and rental costs, incurred a large amount of cost in mailings to various public officials and much more.

*"When you are in distress and all these things have come upon you, in the latter days you will return to the Lord your God and listen to His voice."*

*Deuteronomy 4:30*

### VIII. CONCLUSION

8.1 Pursuant to the GOD's Law and the Constitution of the united States of America.; the supreme law of the land, the jurisdiction of all public officials, agents, successors and assigns have authority to enforce all State of Montana

statutes (written law) which is limited to specific persons, specific lands/places and commercial acts/activity.  That all herein noticed individuals, though acting on an alleged valid court order, are lacking personal jurisdiction, subject matter jurisdiction and territorial jurisdiction.  All public officials, acting outside of their jurisdiction, act only in their personal capacity and are therefore liable in their personal/individual capacity.

8.2 The Constitution of the united States of America, Supreme Court, federal laws, and State laws clearly state that Claimant has the right to travel without any interference unless there is property damage or personal injuries or a danger to the public.  This was not and is not why Claimant was stopped and detained by GPD Officers. It was over a license plate. This is not probable cause for both stops.

8.3 Ultimately, there are questions that must be addressed:

1) Does/did the Defendants mis-enforce statutes under the color of law?
2) Are the statutes themselves unconstitutional converting a right into a privilege?
3) Did the Department of Motor Vehicles issue Brenda a driver's license thereby making her an employee of the state?
4) Did the defendants deny civilian due process at any time to the Claimants?
5) Did GPD officers trespass against the trust?
6) Did the Defendants violate Claimant's Constitutionally protected rights or unalienable or inherent rights given to Claimant by GOD Almighty.

8.4 In summary, the ten Commandments of GOD is the most sacred of Laws. Defendants have injured Claimant when they broke the 8th, 9th and 10th commandment under color of law and deceptive practices.

8.5 The Defendants are involved with law enforcement or policy enforcement.  The Law is a fact and the Defendants is presumed to know the law or where to find it.   Therefore, there is no excuse and Defendants cannot claim they did not know the law.  Referencing material found in the Constitution of the united States of America, Supreme Court, all branches of government and the definitions in the statutes and codes prove that the motor vehicle statutes and codes do not pertain to the non-commercial, private, consumer goods automobile used as a non-passenger automobile that is not for hire and is strictly used by a private traveler for the purposes of private use to travel on the public highways of any state.  Therefore, all Defendants are outside of their jurisdiction and scope of authority.  All acts are under the color of law.

8.6 Without a warrant, due process and consent of the law Defendants injured Claimants pursuant to knowledge of the law, constructive fraud, neglect, to prevent theft of property of Claimants, neglect to stop and correct a wrong, conspiracy against rights, deprivation of rights, extortion of rights, in silence Defendants witnessing each other, swore an oath to uphold the Constitution, perjury of oath, false swearing and violation of the Commandments of GOD,

Claimant equitably prays to GOD for remedy and relief.

## IX.  PRAYER FOR RELIEF

*"Lord, Heavenly Father I faithfully pray again, please forgive our trespasses and forgive all our sins for your son paid for all our sins and guide me through troubled waters so I am rest on the land peacefully amongst all your children empowered by your words. I pray for what is fair, just and right and equality for all.  Hear my prayer." Amen.*

**WHEREFORE**, Claimant(s) wishes that this court enter judgement granting Claimant(s):

1) Claimant wishes the Defendants to issue a statute that states private non-passenger automobile plates are available at a nominal fee
2) Claimant wishes the Defendants to deregister or are forbid the registration of private Citizens in the National Driver Registry and other programs, databases etc for all private Citizens who do not have a CDL or drive for business or commerce.
3) Claimant wishes the Defendants to correct MCA Title 61 and or all transportation and/or traffic related statutes, codes, programs, etc to reflect the difference between a private Citizen who does not need a license, registration or insurance to travel in a non-passenger automobile.  Make the People whole again.
4) A declaration that the acts and omissions described herein violated Claimant's rights protected GODs law and Constitution of the united States of America.
5) A preliminary and permanent injunction ordering defendants to
   a. Immediately cease all lower court proceedings pending removal of case to this court.
   b. Permanent order issued to all law enforcement and all Defendants for any future traffic issues and Whistleblower retaliation concerns

to be determined by the chancellor and as chancellor deems proper to safeguard Claimant from further undue harm and injury.

6) On all counts against public officials in their official capacity, awarding damages in favor of Claimant(s), in an amount of ten million dollars against each defendant jointly and severally, for offenses and injuries committed against the Claimant(s);

7) On all counts against public officials in their individual capacity, awarding damages in favor of Claimant(s), in an amount of $10 a month for three (3) years in the form of a check payable to BRENDA LEE HELD TRUST mailed to the trust's address on the 1st of every month including:

    a. Affirmation of oath of office

    b. A summary of one Bill of Rights Amendment per month in consecutive order.  If there are multiple clauses, only one clause per month is required.  Include:

        i.  What it means in their own words

        ii. Examples how to ensure they will protect those rights while performing their duties

        iii. Examples of possible violations of those rights pertaining to their duties.

All documents will be wet ink, handwritten by Defendant.  No copies.  One Original will be sent to the court to be placed in the file and one original will be mailed to the Trust.  Mailings will be delivered via USPS certified mail.

8) Return of all trust property to Claimant(s) immediately.

9) To avoid future issues, Claimant prays for the immediate update of Brenda Held's records on all national, state and local systems pertaining to law enforcement, transportations systems, motor vehicle systems and the like to reflect DO NOT DETAIN DO NOT STOP or equivalent notice to all law enforcement across the United States as previously requested.

10) Upon receipt of approval from each beneficiary of the BRENDA LEE HELD Trust, immediately update beneficiary's records, as stated in # 8 above.

11) To avoid future issues, Claimant prays for the immediate update of BRENDA LEE HELD Trust private plates designated as PRIV8T or 3484316 on all systems as stated above in #8.

12) Reimbursement of costs and fees incurred since first incident to remedy this
cause

13) Granting Claimant(s) such other and further relief as the Court deems just
and proper.

*"I have wiped out your transgressions like a thick cloud*
*And your sins like a heavy mist.*
*Return to Me, for I have redeemed you."*
*Isaiah 44:22*

Since the February incident Claimant has been denied life, liberty and
pursuit of happiness in all aspect of her life and has had to bear undue burden
and undue harm upon her mind, body , soul and the affliction on her family.  I
pray unto God those who have trespassed to find the errors of their ways and
correct their wrongs.  Father hear my prayers.

I declare under the laws GOD Almighty that the foregoing is true and correct.

Dated this 8th day of December 2022.

At Arms Length,

by: _____
Held, Brenda, Child of God

SUBSUBSCRIBED TO AND SWORN before me this 8th day of
December, A.D. 2022, a Notary, that **Brenda Lee Held**, who proved to
me on the basis of satisfactory evidence to be the person whose name
is subscribed to the within instrument and acknowledged to me that
she executed the same in her authorized capacity, and that by her
signature on the instrument the person, or the entity upon behalf of
which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of
Montana that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ Seal;

Andrea Fox - Notary Public

ANDREA NICOLE FOX
NOTARY PUBLIC for the
State of Montana
Residing at Helena, MT
My Commission Expires
December 20, 2023

ORIGINAL EQUITY JURISDICTION - EQUITY CAUSE          PAGE 23 OF 23