# EXHIBIT E

Brenda Lee Held
c\o 130 Glenwood Avenue
Glendive Montana

IN THE CITY COURT, STATE OF MONTANA

IN AND FOR THE COUNTY OF DAWSON

BEFORE THE HONORABLE KERRY L. BURMAN, CITY JUDGE

| | | |
|---|---|---|
| CITY OF GLENDIVE | ) | Citation Number 050A |
| | ) | 55265, 050A 55266, |
| Plaintiff | ) | 050A 55267 and 050A |
| v. | ) | 55268 |
| | ) | |
| Brenda Lee Held | ) | |
| Accused | ) | Motion to Dismiss with |
| | ) | Prejudice for Lack of |
| | ) | Jurisdiction, Lack of |
| | | Injured Party, for want |
| | | of a verified complaint, |
| | | and Brief in Support |
| | | Thereof |

NOW, comes the Accused, Brenda Lee Held, hereinafter "beneficiary", a natural born Citizen, pursuant to Article II Section 1 of the Montana Constitution (All political power is vested in and derived from the people. All government of right originates with the people, is founded upon their will only and is instituted solely for the good of the whole.) and in Article Four, Section II of the Constitution for theUnited States of America.  ALL RIGHTS ARE HEREIN RESERVED AS STATED ON THE MONTANA ID CARD, ISSUED TO THE ACCUSED, WITHOUT PREJUDICE.

The beneficiary appearing specially and notgenerally or voluntarily, but under threat of arrest if she failed to do so, with this "BRIEF IN SUPPORT OF NOTICE FOR DISMISSAL WITH PREJUDICE FOR LACK OF JURISDICTION, LACK OF INJURED PARTY and DISMISSAL FOR WANT OF A VERIFIED COMPLAINT," stating as follows:

The beneficiary is in receipt of a letter on March 12th 2022 in regards to claim that Brenda-Lee: Held hereinafter Beneficiary was and is supposed to perform on behalf of the Administrative Offices of courts or an Agency/Agent thereof herein after City Court.  This notice of Fraud in the Inducement; Peonage; Bill of Attainder is an official abatement.

The beneficiary officers as his /her superior Oath, calling for a constitutional court of record, and not accepting his/her inferior and odious charge to the Bar Guild which the beneficiary hereby voice their rebuttal. Foreign, per 1947 BAR Treaty and the constitution of the United State of America Article VI, Clause 2 and 3, the Montana Constitution Article III Section 3, and 28 USC 372.

> The US Supreme Court has stated that "No state legislator or executive or judicial officer can ware against the Constitution without violating his undertaking to support it." People V Zajic, 88 Ill. App. 3d 477n 410 N.E 626 (1980)

> Any Judge who does not comply with his oath to the Constitution of the Untied States wares against that Constitution and engages in acts in violation of the Supreme Law of the Land. They Judge is engaging in acts of reason. Having taken at least two, if not three, oaths of office to support the constitution of the United States, and the Constitution of the State of Montana any Judge who has acted in violation of the Constitution is engaged in an act or acts of treason. If a Judge does not fully comply with the Constitution, then his orders are void. Cooper v Aaron 358 U.S. 1, 78 S. Ct. 1401 (1958)

> [In re: [Sawyer, 124 U.S. 200 (1888)] He/she is without jurisdiction, and he/she has engaged in acts of treason. TREASON. Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason.]

The Constitution is the supreme law of the land; therefore, the Constitution is enforceable will be upheld by this court and officers. Marbury vs Madison 1803 U.S. Reports vol. 5 page 137.

> It is the duty of the courts to be watchful for the constitutional rights of a citizen and against any stealthy encroachment Byars vs United States 1927 U.U. Reports vol 237 page 28

> The court has to protect against any encroachment of constitutionally secured liberty. It's their duty they have no choice they have to do it. Boyd vs United States 1886 U.S. Reports vol 116 page 616

We the People are the beneficiaries of the Constitution and We the People reserve all rights under the Constitution of the United States of America and the Montana constitution. 16th American Jurisprudence 2nd Edition Constitutional Law Section 97

> The beneficiary is one of We the People.

We the People have the right to claim specific performance on the contract the court is supposed to be interpreted in the beneficiary's favor.

Montana state arbitrary and erroneously convert beneficiary's right to travel into a privilege and issue a license and a fee for it. Montana state driver's license, registration on automobile, mandating insurance, yearly taxation (vehicle registration) and random taxation (traffic tickets) is unconstitutional while traveling in the private.  Violation of Montana Constitution Article II Section 3 and Section 17

An unconstitutional act is not law and not allowed confers no rights and imposes no duties affords no protections. Norton vs Shelby County 1886 U.S. Reports vol 118 page 425

The right to travel is part of the Liberty of which a citizen cannot be deprived without due process of law under the Fifth Amendment.   This Right was emerging as early as the magna Carta.  Kent vs Dulles 357 US 66(1958)

The freedom to travel is a fundamental right. That should be unlimited by statutes, rules or regulations which unreasonably burden or restrict movement. A law, which substantially affects or penalizes the exercise of the right to travel may be justified only by a compelling state interest and must be tailored carefully to avoid unnecessary infringement on the right.  Freedom to travel throughout the United States has long been recognized as a basic right under the federal constitution

Shapiro versus Thompson 1969 U.S Reports vol 394 page 631 & 632 establishes the right to travel is a constitutional right it's such a basic right, it doesn't even need to be mentioned and no state may convert to secure Liberty into a privilege – State of Montana/ City of Glendive cannot prohibit constitutional right to travel.

> All citizens must be free to travel throughout the United State uninhibited by statues rules and regulations which unreasonably burden or restrict this movement. If a law has no other purpose than to chill assertions of constitutional rights by penalizing those who choose to exercise them, it is patently unconstitutional.  Shapiro versus Thompson page 631

> Equal Protection Clause prohibits apportionment of state services. According to pre tax contributions of its citizens any classification which serves to penalize the exercise of a rate of interstate travel unless shown to be necessary to promote a compelling government interest is unconstitutional Shapiro versus Thompson page 632

...that a right was so Elementary was conceived from the beginning to the necessary concomitant of the stronger Union the Constitution created. In any event, freedom to travel throughout the United States has long been recognized as a basic right under the Constitution Shapiro versus Thompson

No state may convert a secured Liberty no privilege and issue a license and a fee for it. Murdoch versus Pennsylvania 1943 U.S Reports vol 319 page 105 and the claim and exercise of constitutional Rights cannot be converted into a crime Miller v U.S (5th Circuit), 230 F. 2d. 286, 489 (1956)

Beneficiary has no valid contract with the City Court and no such admissible evidence was included what the above-mentioned letter. I provided police with a valid passport not a drivers license.

The prosecutor cannot prove willfulness because the beneficiary is following the Constitution and relies on previous decisions of the US Supreme Court United States versus Bishop 1973 U.S. Reports vol 412 page 346

Plaintiff is a corporation and are prohibited by the 11th Amendment of the constitution of the united States of America to commerce or prosecute any action.

The 6th Amendment of the Constitution of the United States secures the right to face all witnesses against the beneficiary including but not limited to the injured party. Who is the injured party? The Plaintiff is the not a human that can be presented or cross examined.

The 6th Amendment also secures that no person will be deprived of life, liberty or property without due process of law. Injured party must state he/she is owed a debt and beneficiary must be given the right to challenge this debt for validation

The 5th Amendment of the Constitution of the United States prescribes, "No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, where in actual service in time of ware or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty , or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Clearly established with proper united States constitutional provisions:

Article 1, Section 9, Clause 3, No Bill of Attainder or ex post facto Law shall be passed. Traffic citations are Bills of Attainder and are therefore in violation of the constitutional provisions.

Artilce1, Section 10 clause 1, No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold or silver coin as tender in payment of debts; pass any bill of attainer, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility.

All traffic citations/tickets are Bill of Attainder which are in direct violation the constitution as well as the equivalent Montana Constitutions.

The 4th Amendment of the Constitution of the United States prescribes that if a warrant is not secured by a verified petition claiming this Beneficiary probably caused injury and damages, such warrant is a false claim also known as "bearing false witness"

Imprisonment for Debt per Montana Constitution article II Section 27. The issuance of a warrant by this court is a violation of constitutional rights in this section. The imprisonment for a debt the beneficiary has not paying and falsely accused (per citations and summons). The beneficiary has not been convicted by the proper court with the proper jurisdiction to issue a warrant. This is also a violation of due process Section 17, section 1 and section 3.

If the Constitution prescribes one rule and the statues and other than a different rule, it is the duty of the courts to declare that the Constitution and not the statue governs in cases before them for judgement. 16th American Jurisprudence 2nd Edition Constitutional Law Section 155.

The general rule is there an unconstitutional statue whether federal or state law having the form a name of law is in reality no law, but is wholly void and ineffective for any purpose. Since unconstitutionality dates from the time of the enactment and not merely from the date of the decision. So branding, and unconstitutional law and legal turn inflation is as inoperative as if it never had been passed. 16 American Jurisprudence 2nd Edition Constitutional Law Section 256

Further - State/Federal law:

Oath of Office:

18 USC 2381 Cannon #7 Oath of Office violation – officer's loss of immunity

28 USC 372 subject to criminal prosecution and civil litigation for any injuries caused.

The United States Supreme Court has repeatedly held that any judge who acts without jurisdiction is engaged in an act of treason. U.S. v. Will 499 US 200, 216, S.Ct. 471, 66 L.Ed 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5L. Ed. 257 (1821).

18 USC 2381 - Treason

To establish a crime has been committed there must be present evidence that the beneficiary injured another human being or damaged another's property.  Citations, court summons and threats of arrest for a debt are deprivation under color of law, Fraud [18 USC 1001] and Conspiracy against rights [18 USC 241 and 242] of state law

No Debt Collector can collect any debt without the Original Wet ink signed contract. Beneficiary did not contract with any organization, agents, successors or assigns.  Notice was sent to the court via CM# of no contract clause on citations.  This contract is the subject matter of the courts jurisdiction.  Montana Drivers license is used for commercial use only when beneficiary is in a "for hire" or "employment/employed" status or "paid status".  Said license is signed UCC 1-308 (reservation of rights).  Beneficiary does not consent to contract.  No valid contract.

Pursuant to 18 USC 7 the letter received from the City Court is deemed to be a deceptive form [15 USC 1692j] using deceptive business practices affecting commerce [15 USC 45] and misleading representation [15 USC 1692e] to create a fictitious obligation [18 USC 514] in the practice of peonage [18 USC 1581] with a bill of attainder.

Plaintiff is a corporation and are prohibited by the 11th Amendment of the constitution of the united States of America to commerce or prosecute any action.   To file any cause of action is Fraud 18 USC 1001 and Conspiracy against rights 18 USC 241 and Fraud upon the court.

Injured party must state he/she is owed a debt and beneficiary must be given the right to challenge this debt for validation [15 USC 1692g].

Every warrant issued is to bring the beneficiary before the court not to jail.  If arrested on a warrant and not brought to court will be a violation of constitutional right to due process of law and is felony kidnapping.

Warrant - Jurisdiction over a person exists only by oath. Always has, always will. For a court to have jurisdiction, someone has to bring a charge or petition under an oath. In a criminal matter, the charge is forwarded under the oaths of the grand jurors (indictment) or under the oath of office of a federal officer (information). Even before a warrant may be issued, someone has to swear there is probable cause. Should it later be discovered that there was NOT probable cause, that person should be charged with a perjury. It is all about oaths. And the one crime for which immunity, even "sovereign immunity", cannot be extended is Perjury.

Title 5 USC 556d clearly and specifically states Denial of due process of law all jurisdictions ceases automatically.

The Thirteenth Amendment to the United States Constitution forbids compelling individuals to perform services involuntarily. The Amendment states: Neither slavery nor involuntary servitude, except as punishment for crimes whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

During the custodial arrest, the officers involved did not read the beneficiary the mandatory Miranda rights which is a violation of the constitutional right against self-incrimination. Miranda vs Arizona 1966 U.S. Reports vol 384 page 436

> custodial arrest: Confinement or detention by police or government authorities during which a person is entitled to certain warnings as to his rights when questioned. Miranda v. Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694.

When the officer turns on the red lights to pull you over, he technically places you under arrest. People v. Superior Court (1972) 7 Cal.App.3d 186, 200

All "traffic" laws/citations are governed by the Federal regulations, Department of Transportation (Title 49), Highway Safety Act (23 CFR 1250) National Motor Vehicle Title Information System (49 USC 30501), Motor Vehicle Safety (49 USC 301) and Driver Registration (NDR) system (49 USC 303).

The Department of Transportation Title 49, Those laws may be cited as ' 49 U.S.C. § ———'." "That certain general and permanent laws of the United States, related to transportation, are revised, codified, and enacted as [subtitle IV of] title 49, United States Code, 'Transportation'."

- 49 USC 30165 – Civil Penalty – All penalties are for commercial entities
- 49 USC 30170 – Criminal Penalties – All penalties are for commercial entities
- Title 49 USC in its entirety is for commercial entities.

Motor Vehicle Safety 49 USC 30101

> The purpose of this chapter is to reduce traffic accidents and deaths and injuries resulting from traffic accidents. Therefore it is necessary—
>
> (1) to prescribe motor vehicle safety standards for motor vehicles and motor vehicle equipment in interstate commerce; and
>
> (2) to carry out needed safety research and development.

49 USC 31301 – Definitions

   (2) Commerce means trade, traffic and transportation.

49 USC 13102 – Definitions

- (10) Household goods – the term household good s as used in connection with transportation means personal effects and property used or to be used in a dwelling, when a part of the equipment or supply of such dwelling, and similar property if the transportation of such effect or property is
   - (A) arranged and paid for by the house holder except such terms does not include moving from a factory or store, other than property that the household has purchased with the intent to use in his/her dwelling and is transported as the requested of and the transportation charges are paid to the carrier by the householder or;
   - (B) arranged and paid for by another party.

<u>National Driver Register 49 USC 30301</u>

   (4) "motor vehicle" means a vehicle, machine, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on public streets, roads, or highways, but does not include a vehicle operated only on a rail line.

   (5) "motor vehicle operator's license" means a license issued by a State authorizing an individual to operate a motor vehicle on public streets, roads, or highways.

<u>National Motor Vehicle Title Information System</u>

- 49 U.S. Code § 30501 – Definitions
   - (1)"<u>automobile</u>" has the same meaning given that term in section 32901(a)of this title.
- section 32901(a) –
   - Automobile (3) except as provided in section 32908 of this title , "automobile" means a 4-wheeled vehicle that is propelled by fuel, or by alternative fuel, manufactured primarily for use on public streets, roads, and highways and rated at less than 10,000 pounds gross vehicle weight, except— (A) a vehicle operated only on a rail line; (B) a vehicle manufactured in different stages by 2 or more manufacturers, if no intermediate or final-stage manufacturer of that vehicle manufactures more than 10,000 multi-stage vehicles per year; or (C) a work truck.
- section 32901(a) – (Fuel economy information (manufacture requirements)
   - <u>automobile</u> (1) "automobile" includes an automobile rated at <u>not more than 8,500 pounds gross vehicle weight</u> regardless of whether the Secretary of Transportation

has applied this chapter to the automobile under section 32901(a)(3)(B)of this title.

- section 32901(a)(3)(B)
  - a vehicle manufactured in different stages by 2 or more manufacturers, if no intermediate or final-stage manufacturer of that vehicle manufactures more than 10,000 multi-stage vehicles per year;
- (2)"certificate of title" means a document issued by a State showing ownership of an automobile.
- (3)"insurance carrier" means an individual or entity engaged in the business of underwriting automobile insurance.
- (6)"operator" means the individual or entity authorized or designated as the operator of the National Motor Vehicle Title Information System under section 30502(b) of this title, or the Attorney General, if there is no authorized or designated individual or entity.
- (9)"State" means a State of the United States or the District of Columbia.
- passenger automobile
- (17) "non-passenger automobile" means an automobile that is not a passenger automobile or a work truck.
- (18) "passenger automobile" means an automobile that the Secretary decides by regulation is manufactured primarily for transporting not more than 10 individuals, but does not include an automobile capable of off-highway operation that the Secretary decides by regulation— (A) has a significant feature (except 4-wheel drive) designed for off-highway operation; and (B) is a 4-wheel drive automobile or is rated at more than 6,000 pounds gross vehicle weight.
- (19)"work truck" means a vehicle that—
  - (A)is rated at between 8,500 and 10,000 pounds gross vehicle weight; and
  - (B)is not a medium-duty passenger vehicle (as defined in section 86.1803–01 of title 40, Code of Federal Regulations, as in effect on the date of the enactment of the Ten-in-Ten Fuel Economy Act).

    - section 86.1803–01 of title 40 - Medium-duty passenger vehicle (MDPV) means any heavy-duty vehicle (as defined in this subpart) with a gross vehicle weight rating (GVWR) of less than 10,000 pounds that is designed primarily for the transportation of persons. The MDPV definition does not include any vehicle which:
      - (1) Is an "incomplete truck" as defined in this subpart; or
      - (2) Has a seating capacity of more than 12 persons; or
      - (3) Is designed for more than 9 persons in seating rearward of the driver's seat; or
      - (4) Is equipped with an open cargo area (for example, a pick-up truck box or bed) of 72.0 inches in interior length or more. A

covered box not readily accessible from the passenger
compartment will be considered an open cargo area for purposes of
this definition.

49 USC 31501 – Definitions

(1)"migrant worker" means an individual going to or from employment in agriculture as
provided under section 3121(g) of the Internal Revenue Code of 1986 (26 U.S.C. 3121(g)) or
section 3(f) of the Fair Labor Standards Act of 1938 (29 U.S.C. 203(f)).

(2)"motor carrier", "motor common carrier", "motor private carrier", "motor vehicle", and
"United States" have the same meanings given those terms in section 13102 of this title.

(3)"motor carrier of migrant workers"—

>(A) means a person (except a motor common carrier) providing transportation referred to
>in section 13501 of this title by a motor vehicle (except a passenger automobile or station
>wagon) for at least 3 migrant workers at a time to or from their employment; but

>(B) does not include a migrant worker providing transportation for migrant workers and
>their immediate families.

"Driver." one employed in conducting a coach, wagon, or other vehicle.   Bouveir's Law
Dictionary, 1914 Edition, Page 940.

Reading through Title 49, it clearly uses the terms "driver" and "motor vehicle" , License plate",
and "vehicle registration" are all COMMERCIAL terms.

Beneficiary is not required to report to the National Motor vehicle Title Information System per
49 USC 30504

49 USC 13102(10) Household goods – Beneficiary is not for hire and in a commercial capacity
move household goods.

Furthermore 49 USC 31501(3)(A) shows additional clarification that a passenger automobile or
station wagon is NOT a motor vehicle.

Therefore beneficiary is not in her commercial capacity (49 USC 31301(2) - commerce) driving
commercially in a commercial motor vehicle (49 USC 30301(4)) requiring a motor vehicle
license (49 USC 30301(5)) and are not subject to Title 49 Transportation statues and codes
which govern Montana citation codes.

At the time of the citation the beneficiary was Privately traveling in a passenger automobile as
defined under 49 USC 30501, 49 USC 32901 and 49 USC 31501(3)(A).  Passenger automobiles

are not Motor Vehicles as defined in 49 USC 30301. The beneficiary is not an operator as defined in 49 USC 30501(6).

There is no law or statue that requires a private motor-powered conveyance to be registered, nor any law or statue that requires a private man or woman to possess a driver's license, insurance or registration. This would be a direct violation of the constitution as stated above.

There is no law or statue that states passenger automobiles must register must be license and must have mandatory insurance. This would be a direct violation of the constitution as stated above.

There is no law or statue that states a not for hire, noncommercial, private traveler must have a license, registration and insurance. This would be a direct violation of the constitution as stated above.

The common law right to travel freely and unpaid on the public highways without a vehicle registration or drivers license, insurance or registration in the ordinary course of life is an unalienable right that cannot be revoked by the state. Nor can the sate convert that right into a privilege granted for a fee.

Multiple police cars were at the scene. All police vehicles flashed lights throughout the stop.

Non-emergency use of emergency vehicle lights and sirens is a felony. An emergency is by the courts defined as "a sudden, unexpected, or impending situation, involving injury, loss of life, damage to property, or catastrophic interference with normal activates that requires immediate attention and remedial action." State police Power extends only to immediate threats to public safety, health, welfare, etc." Michigan v Duke; "the police power of the state must be exercised in subordination to the provisions of the U.S. Constitution Bacahanan vs Wanley, 245 US 60: panhandle Eastern

Parties involved who are not acted in good faith and are professionally and personally liable. Owen vs City of Independence 1982 Supreme Court Reports vol 100 page 1398

Police officers removed 2 plates on the automobile without permission. Beneficiary warned multiple officers multiple times removing trust property without permission is theft. Removal is also violation of constitutional rights of property and due process. Theft of trust property. Property must be returned immediately.

The Accused asserts, and has shown by competent authority, that the violation of "law" charged in the instant matter is not valid, as the law given does not conform to certain constitutional prerequisites, and thus is not law at all, thereby preventing the above-named court from having subject matter jurisdiction, Lack of Injured Party, and lack of verified complaint.

Any other construction of this statute would render it unconstitutional as applied to this Citizen or any Citizen. The Accused therefore moves this court to dismiss the charge against her, with prejudice.


Brenda-Lee: Held, Beneficiary

The United States of America

On March 12, 2022 date before me, a Notary Public, personally appeared Brenda-Lee: Held who proved to me on the basis of satisfactory evidence to be the woman whose Name is subscribed to the within attached instrument and acknowledged to Me that she executed the same in her authorized capacity, And that by her autograph(s) on the instrument the woman executed, the instrument known as Motion to Dismiss with Prejudice for Lack of Jurisdiction, Lack of Injured Party, for want of a verified complaint, and  Brief in Support Thereof


I certify under PENALTY OF PERJURY under the lawful laws of Montana State that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature of Notary/Jurat _____

ANDREA NICOLE FOX
NOTARY PUBLIC for the
State of Montana
Residing at Helena, MT
My Commission Expires
December 20, 2023

seal

Notice to agents is notice to principal, Notice to principal is notice to agent.

7021 0950 0000 8244 4776

IN THE CITY COURT, STATE OF MONTANA
IN AND FOR THE COUNTY OF DAWSON
BEFORE THE HONORABLE KERRY L. BURMAN, CITY JUDGE

CITY OF GLENDIVE,
                    Plaintiff,

vs.                                                    Case No:      TK-3 2022-0000070

Brenda Lee Held
130 Glendwood Ave
Glendive, MT  59330
                    Defendant.

**SUMMONS**
AND NOTICE OF IMMINENT DRIVER'S
LICENSE SUSPENSION

**BOND AMOUNT:     $310.00**

Court records indicate you have failed to post bond or appear as directed in the above referenced case to answer to charge(s) of:

Displaying Fictitious Altered, Etc., License Plates in violation of section 61-3-301(3) [1], M.C.A.
Operate a Vehicle Which Has Not Been Properly Registered in violation of section 61-3-301(1)(a), M.C.A.
Fail To Have D/L in Immediate Possession (License To Be Carried and Exhibited On Demand) in violation of section 61-5-116 [1], M.C.A.
Change Lanes When Unsafe To Do So in violation of section 61-8-328(1), M.C.A./Glendive City Code

You are hereby ordered to appear before the Judge in Glendive City Court, located at 312 South Merrill Glendive, Montana, on **March 24, 2022, at 9:00 AM. You may post bond in the amount listed above by stated date if you do not wish to appear.** You must be aware that the State of Montana treats this type of bond forfeiture as a conviction.

If you have any questions, contact the Court at (406) 377-3131.

*FAILURE TO APPEAR OR CONTACT THE COURT ON THE ABOVE DUE DATE AND TIME WILL BE CAUSE FOR ISSUANCE OF A WARRANT FOR YOUR ARREST AND POSSIBLE SUSPENSION OF YOUR DRIVING PRIVILEGES.*

*Upon suspension of driving privileges, you will not be eligible for any type of probationary license, a work permit or any driving privileges during your suspension. In the event your privileges are suspended, they will not be reinstated until you appear before the court and pay a reinstatement fee of $100.00 to the Motor Vehicle Division. If you are charged and convicted of Driving While Suspended under Montana Code Annotated 61-5-212, this charge permits imprisonment for a maximum of six months, and a fine of up to $500.00. Six (6) points will be levied against your driving record. A conviction for driving while suspended may also result in a substantial increase in your insurance premiums.*

March 7, 2022

_____
Kerry L. Burman, City Judge

If you wish to pay by credit/debit card, please use the following link:
www.citepayusa.com & choose MT for state and Glendive City Court, follow directions
You may mail check or money order to Glendive City Court, 312 S Merrill Ave – Glendive, MT 59330









**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage

Total Postage and Fees
$

Postmark
Here

Sent To  *Cud Court - Burma*

Street and Apt. No., or PO Box No. *S.D. Merrill*

City, State, ZIP+4® *Glendive MT 59330*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*City Court*
*Judge Burman*
*Glendive MT 59330*

9590 9402 7065 1225 2773 01

2. Article Number (Transfer from service label)
*7021 0950 0000 8244 4776*

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt















CM7020 2450 0000 1921 5905 RRR 9590 9402 6370 0303 9118 18

### CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned third party mailed to:

### Glendive City Court
### 312 S Merrill Ave,
### Glendive, MT 59330

hereinafter, "Recipient," the documents and sundry papers pertaining to a certain Affidavit of Repudiation regarding Brenda Lee Held as follows:

1. **MOTION TO DISMISS,** (12 pages);
2. **ENDORSED SUMMONS,** (5 pages);
3. **ENDORSED TICKETS,** (5 pages);
4. **CERTIFICATE of SERVICE** (signed original on file)

by CM7020 2450 0000 1921 5905 RRR 9590 9402 6370 0303 9118 18 attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Montana.

Dated this 16th day of March 2022

_____

Third Party Servicer



**Tracking Number:** 70203160000069347783

Remo

**Status**

Your item was delivered to an individual at the address at 11:15 am on March 18, 2022 in GLENDIVE, MT 59330.

USPS Tracking Plus® Available ⌄

✅ **Delivered, Left with Individual**

March 18, 2022 at 11:15 am
GLENDIVE, MT 59330

Get Updates ⌄

**Delivered**

Text & Email Updates ⌄

**Tracking History** ⌃

March 18, 2022, 11:15 am
Delivered, Left with Individual
GLENDIVE, MT 59330
Your item was delivered to an individual at the address at 11:15 am on March 18, 2022 in GLENDIVE, MT 59330.

March 18, 2022, 6:39 am
Out for Delivery
GLENDIVE, MT 59330

March 18, 2022, 6:28 am
Arrived at Post Office
GLENDIVE, MT 59330

March 17, 2022, 1:47 pm
Arrived at USPS Facility
GLENDIVE, MT 59330

March 17, 2022, 1:40 pm
USPS in possession of item
GLENDIVE, MT 59330

USPS Tracking Plus® ⌄

