Brenda Held
c/o BRENDA LEE HELD Trust
P O BOX 1074
Glendive Montana [59330]

Brenda-Lee: Held, Appears as: Sui Juris, In Propria Persona

### IN THE CITY COURT, STATE OF MONTANA

### IN AND FOR THE CITY OF GLENDIVE

| | |
|---|---|
| CITY OF GLENDIVE,<br><br>          PLAINTIFF,<br><br>vs.<br><br>Brenda Held, living soul <sic><misnomer><br><br>Aggrieved Defendant. | CAUSE Case No. TK-350-2022-070<br>and TK-350-2022-81<br><br><br>**MOTION TO DISMISS;**<br>**Lack of personam jurisdiction.** |

**Notice Of Removal To United States District Court**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to GODS law, Constitution of the united States of America, 1st Amendment Right to Redress of Grievances, Equity laws, 28 U.S.C. § 1331, 1441 and 1446, Aggrieved Defendant Brenda Held, living soul hereby remove the court action described below to this Court.

1. On March 24, 2022 an action was commenced in Glendive City Court of Montana entitled CITY OF GLENDIVE vs. Brenda Lee Held 130 Glenwood Ave. Glendive, MT 59330 Case #TK-350-2022-070 and Case

NOTICE OF REMOVAL 9/15/2022                                                              Page 1 of 3

#TK-350-2022-081.  A copy of the only summons defendant received is attached hereto as **EXHIBIT A**

2. Jurisdiction:  This is a Biblical, Constitutional and equitable cause of which District Court has original jurisdiction under GODS law, Constitution of the united States of America, 1st Amendment Right to Redress of Grievances, Equity laws, 28 U.S.C. § 1331, 1441 and 1446 and supplemental jurisdiction under 28 U.S.C. § 1367(a) and is one which may be removed to this Court by Brenda Held in that it is a an action arising under the Constitution, laws, or treaties of the United States and involves claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the Constitution of the united States of America 1789.

3. Pursuant to the 1st Amendment removal to this court is proper because Brenda has the right to redress of grievances.

4. Pursuant to 28 U.S.C. § 1391(b)(2) removal to this court is proper because a substantive part of the events or omissions give rise to the claim that occurred in Glendive Montana which is located in the district of this court.

5. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal to Federal Court ("Notice of Removal") will be provided to all adverse parties and a copy will be filed in the appropriate court.

6. Pursuant to 28 U.S.C. § 1446(b), all named parties in this case, in both their individual and official capacities, to the extent both capacities are alleged in the cause, hereby join in this Notice of Removal.

7. In filing this Notice of Removal, Aggrieved Defendants preserve all of their unalienable rights, defenses, denials, and/or objections to the cause and each and every allegation thereof.

WHEREFORE, the above-described action now pending against Aggrieved Defendant in Glendive City Court of the State of Montana, County of Dawson is properly removed to this court.

Dated December 8, 2022

At arms length,
All Rights Reserved
by: *[signature: Held, Brenda]*
Held, Brenda, living soul

**NOTICE OF REMOVAL 9/15/2022**                                Page 3 of 3