Brenda Held
c/o BRENDA LEE HELD Trust
P O BOX 1074
Glendive Montana [59330]

Brenda-Lee:  Held, Appears as: Sui Juris, In Propria Persona

## IN THE CITY COURT, STATE OF MONTANA

## IN AND FOR THE CITY OF GLENDIVE

| | |
|---|---|
| CITY OF GLENDIVE,<br><br>PLAINTIFF,<br><br>vs.<br><br>Brenda Held, living soul <sic><misnomer><br><br>Aggrieved Defendant. | **CAUSE Case No. TK-350-2022-070<br>and TK-350-2022-081**<br><br><br>**NOTICE OF FILING NOTICE OF REMOVAL IN THE UNITED STATES DISTRICT COURT OF BILLINGS** |

### Notice Of Removal To United States District Court

NOW, comes the Aggrieved Defendant, Brenda living soul, hereinafter, a natural born Citizen, pursuant to Article II Section 1 of the Montana Constitution (All political power is vested in and derived from the people.  All government of right originates with the people, is founded upon their will only and is instituted solely for the good of the whole) and in Article IV, Section II of the Constitution for the United States of America.

The Aggrieved Defendant appearing specially and not generally or voluntarily, with this notice to the parties and the court that this cause has been removed to the jurisdiction of the United States, by stating the following:

1. This is formal notice that a federal lawsuit filed against you for 42 USC 1983, 18 USC 4, and RICO violations as well as other violations listed in the law suit.

2. There have been, and continue to be, violations against the civil and constitutional rights of Brenda, the living woman in this cause, and which have not been duly protected.

3. Accordingly, and commensurate with certain issues within these state proceedings also giving independent rise to federal subject-matter jurisdiction, this cause has now been removed to the United States District Court for the District of Montana, Billings Division pending Honorable Judge acceptance and assignment of a cause number.  A true and correct copy of the notice is attached.  **EXHIBIT 1**

4. The parties and this Court are hereby given formal notice that the combination of filings made under both this cause now herewith, as well as within the aforementioned federal court, automatically divests this Court of

**NOTICE OF REMOVAL 12/08/2022**                                                    **Page 2 of 3**

any and all further authority and jurisdiction over these proceedings – bar none (see 28 USC § 1446 (d)) – and, therefore, there will be NO more hearings, orders, or *any* other proceedings held made, or done within this state cause until, and unless, further notice or order is first made by the Federal judge of said United States District Court.

I declare under the laws GOD Almighty that the foregoing is true and correct. Dated this 8th day of December 2022.

At Arms Length,
All Rights Reserved,
By Child of God:

Brenda Held, Living Soul

CERTIFICATE OF SERVICE

I hereby certify that, on this 8ᵗʰ day of December 2022 a true and complete copy of the foregoing notice of removal has been e-mailed to the Glendive City Court and Scott Herring.  Additional copies sent USPS mailing 7022 0410 0001 6975 3742 and 7022 0410 0001 6975 3759

I declare under the laws GOD Almighty that the foregoing is true and correct. Dated this 8th day of December 2022.

At Arms Length,
All Rights Reserved,
By Child of God:

Brenda Held, Living Soul

**NOTICE OF REMOVAL 12/08/2022**                                     **Page 3 of 3**

# EXHIBIT 1

Brenda Held
c/o BRENDA LEE HELD Trust
P O BOX 1074
Glendive Montana [59330]

Brenda-Lee:  Held, Appears as: Sui Juris, In Propria Persona

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| Brenda Held | ) | Cause No.: _____ |
| BRENDA HELD TRUST, | ) | |
| We The People | ) | Honorable _____ |
|       Plaintiff, | ) | |
| | ) | **NOTICE OF REMOVAL TO UNITED** |
|    vs. | ) | **STATES DISTRICT COURT** |
| | ) | |
| GLENDIVE CITY COURT | ) | **REMOVAL FROM** |
| CITY OF GLENDIVE | ) | **GLENDIVE CITY COURT** |
| SCOTT HERRING | ) | Case No.: TK-350-2022-0000070 |
| HERRING LAW FIRM | ) |          TK-350-2022-0000081 |
| GLENDIVE POLICE DEPARTMENT | ) | |
| SCOTT FEAGLER and 3 unknown officers, | ) | |
|       Defendant | ) | |

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

## TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that pursuant to GODS law, Constitution of the united States of America, 1st Amendment Right to Redress of Grievances, Equity laws, 28 U.S.C. § 1331, 1441 and 1446, Aggrieved Defendant Brenda Held, living soul hereby remove the court action described below to this Court.

1. On March 24, 2022 an action was commenced in Glendive City Court of Montana entitled CITY OF GLENDIVE vs. Brenda Lee Held 130

Glenwood Ave. Glendive, MT 59330 Case #TK-350-2022-070 and Case #TK-350-2022-081. A copy of the only summons defendant received is attached hereto as **EXHIBIT 2**

2. Jurisdiction: This is a Biblical, Constitutional and equitable cause of which District Court has original jurisdiction under GODS law, Constitution of the united States of America, 1st Amendment Right to Redress of Grievances, Equity laws, 28 U.S.C. § 1331, 1441 and 1446 and supplemental jurisdiction under 28 U.S.C. § 1367(a) and is one which may be removed to this Court by Brenda Held in that it is a an action arising under the Constitution, laws, or treaties of the United States and involves claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the Constitution of the united States of America 1789.

3. Pursuant to the 1st Amendment removal to this court is proper because Brenda has the right to redress of grievances.

4. Pursuant to 28 U.S.C. § 1391(b)(2) removal to this court is proper because a substantive part of the events or omissions give rise to the claim that occurred in Glendive Montana which is located in the district of this court.

5.  Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal to Federal Court ("Notice of Removal") will be provided to all adverse parties and a copy will be filed in the appropriate court.

6.  Pursuant to 28 U.S.C. § 1446(b), all named parties in this case, in both their individual and official capacities, to the extent both capacities are alleged in the cause, hereby join in this Notice of Removal.

7.  In filing this Notice of Removal, Aggrieved Defendants preserve all of their unalienable rights, defenses, denials, and/or objections to the cause and each and every allegation thereof.

WHEREFORE, the above-described action now pending against Aggrieved Defendant in Glendive City Court of the State of Montana, County of Dawson is properly removed to this court.

Dated December 8, 2022

At arms length,

All Rights Reserved

by: _Held, Brenda_

Held, Brenda, living soul

IN THE CITY COURT, STATE OF MONTANA
IN AND FOR THE COUNTY OF DAWSON
BEFORE THE HONORABLE KERRY L. BURMAN, CITY JUDGE

| | |
|---|---|
| CITY OF GLENDIVE<br>            Plaintiff,<br><br>vs.<br><br>Brenda Lee Held<br>130 Glenwood Ave.<br>Glendive, MT  59330<br>            Defendant. | Case No:    TK-350-2022-0000070<br><br><br>**SUMMONS**<br>AND NOTICE OF IMMINENT DRIVER'S<br>LICENSE SUSPENSION |

**BOND AMOUNT:    $310.00**

Court records indicate you have failed to post bond or appear as directed in the above referenced case to answer to charge(s) of:

Displaying Fictitious, Altered, Etc., License Plates in violation of section 61-3-301(3) [1], M.C.A.
Operate a Vehicle Which Has Not Been Properly Registered in violation of section 61-3-301(1)(a), M.C.A.
Fail To Have D/L In Immediate Possession (License To Be Carried And Exhibited On Demand) in violation of section 61-5-116 [1], M.C.A.
Change Lanes When Unsafe To Do So in violation of section 61-8-328(1), M.C.A./Glendive City Code

You are hereby ordered to appear before the Judge in Glendive City Court, located at 312 South Merrill, Glendive, Montana, on **March 24, 2022 at 9:00 AM**. **You may post bond in the amount listed above by stated date if you do not wish to appear.** You must be aware that the State of Montana treats this type of bond forfeiture as a conviction.

If you have any questions, contact the Court at (406) 377-3131.

*FAILURE TO APPEAR OR CONTACT THE COURT ON THE ABOVE DUE DATE AND TIME WILL BE CAUSE FOR ISSUANCE OF A WARRANT FOR YOUR ARREST AND POSSIBLE SUSPENSION OF YOUR DRIVING PRIVILEGE.*

*Upon suspension of driving privileges, you will not be eligible for any type of probationary license, a work permit, or any driving privileges during your suspension. In the event your privileges are suspended, they will not be reinstated until you appear before the court and pay a reinstatement fee of $100.00 to the Motor Vehicle Division. If you are charged and convicted of Driving While Suspended under Montana Code Annotated 61-5-212, this charge permits imprisonment for a maximum of six months, and a fine of up to $500.00. Six (6) points will be levied against your driving record. A conviction for driving while suspended may also result in a substantial increase in your insurance premiums.*

March 7, 2022

_____
Kerry L. Burman, City Judge

If you wish to pay by credit/debit card, please use the following link:
www.citepayusa.com & choose MT for state and Glendive City Court, follow directions
You may mail check or money order to Glendive City Court – 312 S Merrill Ave – Glendive, MT  59330