IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BRENDA LEE HELD,<br>　　　　Plaintiff,<br>vs.<br>STATE OF MONTANA, ET AL.,<br>　　　　Defendants. | CV-22-137-BLG-SPW-TJC<br><br>CONSENT TO ELECTRONIC SERVICE<br><br>NON-SOCIAL SECURITY CASES ONLY |

Pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, I hereby voluntarily consent to having future documents filed in my case sent to me by electronic means. I understand that by so consenting, service will be complete upon transmission. I further understand that r must continue to file all my documents conventionally.

If I wish to discontinue receiving documents by electronic means, I must notify the court in writing of my desire to receive documents conventionally.

__DECEMBER 16, 2022__　　　　*Brenda held*
DATE　　　　　　　　　　　　　SIGNATURE

　　　　　　　　　　　　　　　　brenda held
　　　　　　　　　　　　　　　　PRINTED/TYPED NAME

　　　　　　　　　　　　　　　　Bheld1206@gmail.com
　　　　　　　　　　　　　　　　E-MAIL ADDRESS

　　　　　　　　　　　　　　　　406-941-2721
　　　　　　　　　　　　　　　　TELEPHONE NUMBER

JAN 09 2023

Clerk, U.S. Courts
District of Montana
Billings Division