*Office for Original Executor for Wolsunia trust*

# Verified Motion for Reconsideration with Clarified Relief

(THE PEOPLE'S COURT OF ORIGINAL AND EXCLUSIVE EQUITY JURISDICTION
Sacred Tribunal of Record — Proceeding in Peace and Honor

*Private Trust Office – Permanent and Private Domicile)*

**Held, Brenda, a living heir, Beneficiary and Affiant,**
in Original and Exclusive Equity Jurisdiction,
v.
**Montana Department of Transportation** – Case No. 1:22-cv-137

## DECLARATORY MOTION

Affiant nemo, the living heir and beneficiary of the sacred estate, comes in peace, invoking the exclusive jurisdiction of equity. This Court, by virtue of its solemn office and oath, sits as Chancellor pro tempore when equity is invoked, bound by the ancient maxims that:

- Equity regards as done that which ought to be done;
- Equity will not suffer a wrong without a remedy;
- He who seeks equity must do equity.

On August 15, 2025, this Court entered Judgments of dismissal (Docs. 61, 62, 98). Affiant now tenders this Verified Motion for Reconsideration with Clarified Relief pursuant to Rule 59(e), not to reargue, but to prevent manifest injustice and to call the Court back to its sacred equitable duty.

## INCORPORATION OF PRIOR RECORD

Affiant incorporates by reference all perfected notices, affidavits, instruments, scrolls, and proposed orders previously lodged with this Court, which remain uncontroverted and stand in silence as admitted, including but not limited to:

1. **Sacred Notice of Repudiation, Reconsideration, and Equitable Relief**, asserting perfected equitable judgment and demand for correction;
2. **Sacred Notice of Conditional Private Conferral in Chambers**, seeking in-camera hearing for protection of trust property from PACER trespass;
3. **Sacred Writ of Habeas Corpus**, prayed for release from unlawful restraint and misidentification;
4. **Proposed Orders for Declaratory Judgment**, already tendered yet unadjudicated;
5. **Jurisdictional Challenge (Exhibit I)**, contesting territorial and personal jurisdictional assumptions;
6. **Sacred Notice of Repudiation to Dismissal** and related repudiations served prior to final judgment;
7. **Timeline of Remedy Demands with USPS Certified Mail proofs**, establishing perfected administrative exhaustion and tacit acquiescence by respondents;

*Office for Original Executor for Wolsunia trust*

8. **All Exhibitions**, including evidentiary affidavits such as the Notice Timeline, AO, and related scrolls;
9. **Sacred Bill of Peace and Usufruct Instruments**, standing as perfected foreign equitable judgments, res judicata in favor of Affiant;
10. **Sacred Lodgment of Amnesty Oath, Presidential Pardon, and Treaty of Peace**, entered to confirm Affiant's standing as heir at peace.

These instruments form the perfected equitable record upon which this Court, sitting as Chancellor pro tempore, must adjudicate. This Motion rests not on repetition, but upon clarification and correction of oversight, ensuring that relief already before the Court is not denied by silence.

GROUNDS FOR RECONSIDERATION

1. **Error in Jurisdictional Characterization.**
   The dismissal presumed a civil cause. Affiant does not stand in civil fiction but in **exclusive equity jurisdiction**. The Court's characterization was in error and requires correction.
2. **Overlooked Equitable Record.**
   The perfected notices and lodgments — foreign equitable judgments entered into the record — were not addressed. In equity, silence is confession; respondents are bound by tacit acquiescence.
3. **Clarified Relief is Required.**
   Affiant seeks not civil damages but **declaratory judgment in equity**, affirming nemo's perfected status, sacred usufruct, perfected TWEA claim, and restoration of peace. Relief must be declared to prevent continued trespass.
4. **Prevention of Manifest Injustice.**
   Without reconsideration, the dismissal denies remedy and perpetuates misidentification of the living heir as a commercial fiction. This is a wrong equity cannot allow to stand.

## CLARIFIED RELIEF REQUESTED

Affiant prays this Court, as Chancellor pro tempore:
1. Vacate or amend the Judgment of August 15, 2025 (Docs. 61, 62, 98);
2. Reinstate the matters upon the equity side of the docket;
3. Enter Declaratory Judgment in Equity consistent with the perfected record and Proposed Orders already tendered;
4. Declare that all derivative civil or administrative instruments arising from misidentification — including but not limited to warrants of distraint, citations, and traffic tickets — are null and void ab initio, as fruits of error without lawful nexus to the living heir;
5. Convene a Conditional Private Conferral in Chambers (in-camera hearing) for review of sacred trust documents without trespass into civil registry or PACER;
6. Grant the Sacred Writ of Habeas Corpus as previously prayed, releasing the heir from misidentification and unlawful restraint;
7. Incorporate and preserve all other writs previously perfected and entered upon the record — including but not limited to writs of error, remedy, and mandamus — which stand unadjudicated and remain as standing demands for remedy;

*Office for Original Executor for Wolsunia trust*

8. Acknowledge and give effect to the Sacred Lodgment of Amnesty Oath, Presidential Pardon, and Treaty of Peace;
9. And grant such other relief as this Court, in honor and conscience, deems just, equitable, and proper.

## RESERVATION OF RIGHTS

Affiant expressly reserves all rights of appeal and higher writs. This Motion is tendered first in peace, that this Court may reconcile its record in honor, and that no party may later say remedy was denied.

## VERIFICATION

I, nemo, the living heir and affiant, in covenant before Almighty God, do solemnly affirm that the foregoing is true, correct, and entered in honor, without intent to mislead, and that this sacred declaration is made in good conscience and equity.

This lodging is offered in peace, honor, and cooperation to aid the Chancellor in making a sound and fully informed decision consistent with divine law, the maxims of equity, and ministerial duty.

Respectfully lodged and sealed in sacred record,

Let this stand as lawful notice, both public and private, of the existence and authority, position, and exclusive jurisdiction of the WOLSUNIA trust, its discerned living officers, and its sacred corpus and of the one(s) who administers it in honor, equity, and good faith.

All correspondence shall be made Office to Office. No presumed authority, contract, or jurisdiction is acknowledged without proof of lawful consent and verified standing.

Lodged this 12th day of September, 2025
Executed by the Living Executor
For and on behalf of the Private Express Trust known as:
**WOLSUNIA**
Private Trust Office – CRID #51319590

By my hand and seal: *nemo*
✦ *nemo*, Discerned Living Soul,
Office for Original Executor for Wolsunia Trust
Heir in Sacred Office to the Sacred Estate
Minister of Peace and Co-Trustee of the Divine Usufruct Estate
Executed in private, non-civil capacity
All Rights Reserved, Original Jurisdiction Retained
Under God's Law ✝ and Maxims of Equity
Without the UNITED STATES

As Above,

So Below

OFFICE FOR ORIGINAL EXECUTOR JURISDICTION
WOLSUNIA
ORIGINAL
CRID#
51319590

As Above
So Below
nemo